IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:

NEW CENTURY FABRICATORS, INC.            CASE NO. 11 BK-50652

   Debtor                                Chapter 11
-----------------------------------------------------------------

**SUPPLEMENTAL SCHEDULE**

1. Does any debtor have any affiliates as defined by 11 U.S.C. 101(2)?

**Answer**: Yes, the only affiliate of the Debtor is James Castille and Lisa Castille.

2. Has any affiliate ever filed for bankruptcy? (If yes, please list the affiliates and the date and court for each bankruptcy petition and the chapter under which the petition was filed.)

**Answer**: No.

3. Has any affiliate guaranteed any debt of debtor's of has the debtor guaranteed any debt of the affiliate? (If yes, list the name of the affiliate, the amount of the guarantee, the date of the guarantee, the name of the guarantor, the name of the debtor, and whether any security interest was given by the debtor of the affiliate to secure the guarantee. Give this information for every guarantee outstanding at the time of the debtor's Chapter 11 petition, and every guarantee outstanding within 18 months before the petition was filed.)

**Answer:** Yes. James Castille has personally guaranteed the debt

of New Century Fabricators, Inc. to First Capital Corporation, First Citizens Bank, Small Business Administration, Ford Motor Credit and Capital Lease Group.

    4. Has any affiliate extended credit, received credit, or otherwise established a debtor/creditor relationship with the debtor? (If yes, list the names of the affiliate, the amount of the loan, the date the loan was made, the repayments made on the loan, and the type of security interest, if any, involved in the loan. Give this information for all loans that have been made and fully paid off within 18 months preceding this Chapter 11 filing and for all loans outstanding at the time of the filing).

**Answer**: Yes, James Castille has made several loans to the Debtor incrementally over the last 6 months for the payment of expenses as needed.

    5. Has any debtor in this case granted any security interest in any property to secure any debts of the affiliate other than as provided in Questions 3 and 4? Has any affiliate granted any security interest in any property to secure any debts of any debtor other than as provided in Questions 3 and 4? (If yes, list the affiliate, the debtor, the collateral, the date and nature of the security interest, the creditor to whom it was granted, and the current balance of the underlying debt.)

**Answer**: The Debtor has not granted a security interest in property to secure any debt of an affiliate. James Castille granted a security interest in his primary residence as additional

collateral to the Small Business Administration.

    6. Has any affiliate engaged in any other transaction with any debtor in this case during the past 18 months? (If yes, briefly describe the transaction(s)).

**Answer**: No.

    7. List the name and address of any affiliate who potentially is a "responsible party" for unpaid taxes of any debtor in this case. State the estimated amount of such taxes owed at the time of the Chapter 11 filing.

**Answer**: James Castille.

    8. Identify any affiliates employed by the debtor and describe the function or role they perform. Identify any relative or partner or equity security holder employed by the debtor and describe the function or role performed and the amount of compensation received.

**Answer**: James Castille is employed by the Debtor. He manages the day to day operations of the Debtor. He receives a gross salary of $3,200.00 per week.

    Brennan Castille, son, is employed as an accountant and salesman for the Debtor. He receives a gross salary of $2,115.00 per week.

    Lisa Castille, wife, is employed by the Debtor for marketing and public relations. She receives a gross salary of $770.00 per

week.

9. List all circumstances under which proposed Counsel or proposed counsel's law firm has represented any affiliate during the past 18 months. List any position other than legal counsel which proposed counsel holds in either the debtor or affiliate including corporate officer, director or employee. List any amount owed by the debtor or the affiliate to proposed counsel or counsel's law firm at the time of filing, and also amounts paid within 18 months before filing.

**Answer**: Counsel has not previously represented the Debtor or James Castille. Counsel is not and has never been an officer, director or employee of any affiliate or the Debtor. Neither the Debtor nor any affiliate is a creditor of Counsel.

/s/ D. Patrick Keating
D. PATRICK KEATING [14417]
THE KEATING FIRM, LLC
Counsel for New Century
Fabricators, Inc.
P.O. Box 3426
Opelousas, LA  70502
(337) 354-2464
rick@TheKeatingFirm.com