

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

MINUTE ENTRY

14-50652 New Century Fabricators, Inc.

Emergency Motion to Dismiss Case filed by Robert Schleizer

APPEARANCES:

Rick Keating for debtor
Doug Stewart & Brandon Brown for Robert Schleizer
Armistead Long and Gerald Schiff for First Capital
GW Rudick for Whitco

RULING: Motion to dismiss is denied.

Pursuant to the agreement of the parties, the court directs the US Trustee to appoint a chapter 11 trustee.

Emergency interim motion for DIP Financing will be held tomorrow, June 5, 2014 at 1:30 p.m. The court shortens notice accordingly.

When signed by the court, this minute entry shall constitute an order of the court.

_____
Robert R. Summerhays
United States Bankruptcy Judge

Date: June 4, 2014