

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

MINUTE ENTRY

14-50652 New Century Fabricators, Inc.    Chapter: 11

Status Conference

APPEARANCES:

David Patrick Keating representing New Century Fabricators, Inc.
Brandon Brown for Robert Schleizer
Louis Phillips, Gerald Schiff and Armistead Long for First
     Capital

RULING: Status conference is continued to June 19, 2014 at 1:30 p.m. The court vacates the order entered yesterday directing the appointment of a chapter 11 trustee. The court suspends the operation of section 543 pending the continued status conference on June 19, 2014.

When signed by the court, this minute entry shall constitute an order of the court.

Robert R. Summerhays
United States Bankruptcy Judge

Date: June 5, 2014